EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Santiago Martínez Miranda | 2004 TSPR 134<br><br>162 DPR _____ |

Número del Caso: TS-9400

Fecha: 13 de agosto de 2004

Oficina de Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora

Oficina del Procurador General:

                    Lcda. Noemí Rivera de León
                    Procuradora General Auxiliar

Abogado del Querellado:

                    Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Re:

Santiago Martínez Miranda

TS-9400

SALA DE VERANO COMPUESTA POR EL JUEZ PRESIDENTE SEÑOR HERNÁNDEZ DENTON Y LOS JUECES ASOCIADOS SEÑOR REBOLLO LOPEZ Y SEÑOR CORRADA DEL RÍO

RESOLUCION

San Juan, Puerto Rico, a 13 de agosto de 2004

Habiendo transcurrido el término de suspensión de Santiago Martínez Miranda del ejercicio de la abogacía, decretado mediante Opinión Per Curiam y Sentencia de fecha 17 de septiembre de 2003, y en vista de que la Oficina de Inspección de Notarías nos ha informado que Santiago Martínez Miranda ha subsanado las deficiencias señaladas por dicha Oficina, se ordena la reinstalación de éste al ejercicio de la abogacía y de la notaría, efectiva dicha reinstalación a partir de la notificación de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo